

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/19/2020

February 18, 2020

<u>VIA ECF</u>
Honorable Lorna G. Schofield, U.S.D.J.
Thurgood Marshall
United States District Court, S.D.N.Y.
40 Foley Square, Room 1106
New York, New York 10007

Re:   *Ford v. WSP USA, Inc.*, No. 19 Civ. 11705 (LGS)

Dear Judge Schofield:

We represent the Plaintiff in the above-referenced matter. We write to request an adjournment of the initial conference, and of the joint letter due seven days prior to the conference. The original due date to file a joint letter is February 20, 2020, and the original initial conference date is scheduled for February 27, 2020. We seek an extension of both the filing of the joint letter and the initial conference date. We request that the new initial conference date be scheduled for March 26, 2020, with the joint letter due on March 19, 2020 (7 days prior). We have not previously requested an adjournment or extension of time. Defendant has not consent to this, as at this time Counsel for Defendant has not yet appeared. Defendant's answer is currently due on March 2, 2020.

We thank the Court for its time and consideration.

Application GRANTED. The initial pretrial conference, scheduled for February 27, 2020, is ADJOURNED to March 26, 2020, at 10:40 a.m.

The parties shall file the joint letter and proposed case management plan and scheduling order by March 19, 2020.

Dated: February 19, 2020
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE