```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  HAROLD FORD,                                                :
                                      Plaintiff,              :   19 Civ. 11705 (LGS)
                                                              :
                       -against-                              :   ORDER
                                                              :
  WSP USA, INC.,                                              :
                                      Defendant.              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference occurred on May 21, 2020, at 10:40 a.m.  For the reasons discussed at conference, it is hereby

**ORDERED** that Defendant's motion to transfer is DENIED.  A case management plan and scheduling order will issue separately.

Dated: May 21, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**