```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HAROLD FORD,

                                Plaintiff,                    **ORDER RESCHEDULING**

                                                         **SETTLEMENT CONFERENCE**

               -against-

                                                           **19-CV-11705 (LGS)**

WSP USA, INC.,

                               Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter currently scheduled for Friday, December 11, 2020 at 10:00 a.m. is rescheduled to **Thursday, January 28, 2021 at 10:00 a.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Updated pre-conference submissions may be submitted to the Court no later than **January 21, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: December 10, 2020
       New York, New York

                                                      _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge