UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
HAROLD FORD, :
                       Plaintiff, :
:    19 Civ. 11705 (LGS)
         -against- :
:    <u>ORDER</u>
WSP USA, INC., :
                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 15, 2020, the Court issued an Order of Reference to a Magistrate Judge, referring this case to Judge Parker for settlement discussions. Dkt. No. 48.

    WHEREAS, on October 20, 2020, Judge Parker scheduled a settlement conference for December 11, 2020. Dkt. No. 52.

    WHEREAS, on October 30, 2020, the Court issued an Order adjourning the case management conference scheduled for November 12, 2020, to December 17, 2020. Dkt. No. 54.

    WHEREAS, on December 10, 2020, Judge Parker adjourned the December 11, 2020, settlement conference to January 28, 2021. Dkt. No. 61. It is hereby

    **ORDERED** that, the case management conference scheduled for December 17, 2020, (Dkt. No. 61), is **ADJOURNED** to **February 4, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, 5583333. The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time.

Dated: December 16, 2020
       New York, New York

                                                       **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**