UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HAROLD FORD,                                                   :
                                    Plaintiff,                 :
                                                               :     19 Civ. 11705 (LGS)
              -against-                                        :
                                                               :     ORDER
WSP USA, INC.,                                                 :
                                    Defendant.                 :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 5, 2020, Plaintiff filed a pre-motion letter in anticipation of a motion for conditional certification of a Fair Labor Standards Act ("FLSA") collective (Dkt. No. 45).

WHEREAS, on October 29, 2020, Defendant filed a pre-motion letter in anticipation of a motion for partial summary judgment (Dkt. No. 53).

WHEREAS, a case management conference is scheduled for February 4, 2021, and a settlement conference is scheduled for March 3, 20201 (Dkt. Nos. 65-66). It is hereby

**ORDERED** that, the case management conference scheduled for February 4, 2021, is adjourned *sine die*. It is further

**ORDERED** that, by **February 9, 2021**, the parties shall file a joint letter proposing a schedule for the briefing of Defendant's anticipated motion for summary judgment and Plaintiff's anticipated motion for class certification, stating whether and why they should proceed simultaneously or seriatim. The parties may, but need not, postpone the commencement of briefing until after the settlement conference.

Dated: February 3, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE