UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD FORD,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>WSP USA INC.,<br><br>　　　　　　　　　Defendant. | 19 Civ. 11705 (LGS) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant WSP USA Inc.'s Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1; the Declaration of Gregory Knopp sworn to on March 26, 2021, including all attachments thereto; the Declaration of Patricia Brush sworn to on March 26, 2021, including the attachment thereto; the Declaration of Perry Dobbs sworn to on March 26, 2021, including all attachments thereto; the Statement of Undisputed Facts; and all prior pleadings and proceedings herein, the undersigned attorneys for Defendant WSP USA Inc. will move this Court at such time as the Court designates, before the Honorable Lorna J. Schofield, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007 for an Order Granting Defendant's Motion for Summary Judgment with respect to the claim alleging a willful violation of the Fair Labor Standards Act in Plaintiff Harold Ford's Complaint.

Dated: March 26, 2021                          Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

 s/ *Gregory W. Knopp*
Gregory W. Knopp
New York Bar No. 2892909
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:     310.229.1000
Facsimile:     310.229.1001
gknopp@akingump.com

Nathan J. Oleson (*pro hac vice*)
Joshua K. Sekoski (*pro hac vice*)
Zara H. Shore (*pro hac vice*)
2006 K Street, NW
Washington, DC 20006
Telephone:     202.887.4000
Facsimile:     202.887.4288
noleson@akingump.com
jsekoski@akingump.com
zshore@akingump.com

*Counsel for Defendant WSP USA Inc.*