| | |
|---|---|
| **FITAPELLI & SCHAFFER, LLP**<br>Joseph A. Fitapelli<br>Dana Cimera<br>28 Liberty St. 30th Floor<br>New York, NY 10005<br>Telephone: (212) 300-0375 | **JOSEPHSON DUNLAP, LLP**<br>Michael A. Josephson (Admitted *Pro Hac Vice*)<br>Richard M. Schreiber(Admitted *Pro Hac Vice*)<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: (713) 352-1100<br><br>**BRUCKNER BURCH, PLLC**<br>Richard J. (Rex) Burch (Admitted *Pro Hac Vice*)<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>Telephone: (713) 877-8788 |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD FORD, Individually and for Others Similarly Situated,<br><br>v.<br><br>WSP USA, INC. | Case No. 1:19-cv-11705-LGS<br><br>Jury Trial Demanded |

### NOTICE OF PLAINTIFF'S MOTION
### FOR PRELIMINARY CERTIFICATION PURSUANT TO THE FAIR LABOR STANDARDS ACT, FOR COURT-AUTHORIZED NOTICE TO SIMILARLY SITUATED PERSONS, AND FOR EXPEDITED DISCOVERY

PLEASE TAKE NOTICE that Plaintiff Harold Ford ("Plaintiff") will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date to be determined by the Court, for an Order granting conditional class certification, court-authorized notice, and expedited discovery, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), as well as such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff shall rely upon his Notice of Motion, Memorandum of Law in Support, and the Declaration of Richard Schreiber in

Support, together with the exhibits attached thereto.

Dated:  New York, New York
        March 26, 2021

                                              Respectfully submitted,

                                                  */s/ Michael A. Josephson*
**Michael A. Josephson**
Texas State Bar No. 24014780
**Andrew Dunlap**
Texas State Bar No. 24078444
**Richard M. Schreiber**
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

Dana M. Cimera
**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

**ATTORNEYS IN CHARGE FOR PLAINTIFF AND PUTATIVE CLASS MEMBERS**

| | |
|---|---|
| **FITAPELLI & SCHAFFER, LLP**<br>Joseph A. Fitapelli<br>Dana Cimera<br>28 Liberty St. 30th Floor<br>New York, NY 10005<br>Telephone: (212) 300-0375 | **JOSEPHSON DUNLAP, LLP**<br>Michael A. Josephson (Admitted *Pro Hac Vice*)<br>Richard M. Schreiber (Admitted *Pro Hac Vice*)<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: (713) 352-1100<br><br>**BRUCKNER BURCH, PLLC**<br>Richard J. (Rex) Burch (Admitted *Pro Hac Vice*)<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>Telephone: (713) 877-8788 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAROLD FORD, Individually and for Others Similarly Situated,<br><br>v.<br><br>WSP USA, INC. | Case No. 1:19-cv-11705-LGS<br><br>Jury Trial Demanded |

**CERTIFICATE OF SERVICE**

This is to certify that on **26th** day of **March 2021,** counsel for the Plaintiff filed the foregoing Motion for Certification of FLSA Collective via ECF, which will ensure delivery to the following counsel for Defendant:

    Josephson Dunlap, LLP

    */s/Michael A. Josephson*
    Michael A. Josephson (Admitted *Pro Hac Vice*)
    Richard Schreiber (Admitted *Pro Hac Vice*)
    rschreiber@mybackwages.com
    Attorney for Plaintiff and Putative Class Members