UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    HAROLD FORD,
                            Plaintiff,

                            19 Civ. 11705 (LGS)
         -against-

                            ORDER

    WSP USA, INC.,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 1, 2022, the parties filed their joint letter and settlement agreement (Dkt. No. 106) and attached their settlement agreement as an exhibit (Dkt. No. 106-1), in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), but did not include contemporaneous time records or a breakdown of Plaintiffs' counsel's expenses. It is hereby

    **ORDERED** that by **August 15, 2022**, Plaintiff shall file the attorneys' timesheets associated with this action, to support Plaintiff's counsel's claim for $48,750.00, approximately one-half the settlement, as attorneys' fees and costs.

Dated: August 8, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE